No. DA 20-0115

IN THE

SUPREME COURT OF THE STATE OF MONTANA

MOUNTAIN WATER COMPANY, a Montana corporation; AND CARLYLE INFRASTRUCTURE PARTNERS, LP, A DELAWARE LIMITED PARTNERSHIP,

*Defendants and Appellants,*

VS.

THE CITY OF MISSOULA,

*Plaintiff and Appellee.*

ON APPEAL FROM THE MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY, HON. KAREN TOWNSEND, PRESIDING
CASE NO. DV-32-2014-0000352-CO

**GRANT OF UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to authority granted under Mont. R. App. P. 26(1), Defendants/Appellants Carlyle Infrastructure Partners, LP ("Carlyle") and Mountain Water Company's ("Mountain Water") Joint Unopposed Motion for Extension of Time to File Combined Reply Brief is granted.

Defendants/Appellants Carlyle and Mountain Water may file and serve their joint reply brief on or before February 3, 2021.

No further extensions will be granted.

Dated _____, 2020.

15926594_v1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 23 2020